UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN CARDENAS,

    Plaintiff,

v.

BUTLER, et al.,

    Defendants.

No. 2:23-cv-0500 TLN AC P

ORDER

    Plaintiff is a state prisoner proceeding without counsel on this civil rights action filed pursuant to 42 U.S.C. § 1983. By order filed January 2, 2025, this case was referred to the court's Post-Screening Alternative Dispute Resolution ("ADR") Project and stayed for a period of 120 days. ECF No. 25. That order provided defendants the opportunity to request opting out of the ADR Project based on a good faith belief that a settlement conference would be a waste of resources. Id. at 2. Defendants now request to opt out of the Post-Screening ADR Project and that the stay be lifted. ECF No. 28. Having reviewed the request, the court finds good cause to grant it.

    IT IS HEREBY ORDERED that:

    1. Defendants' request to opt out of the Post-Screening ADR Project, ECF No. 28, is GRANTED.

////

1

2. The ADR stay of this action, commencing January 2, 2025, ECF No. 25, is LIFTED.

3. Within twenty-one days of the filing of this order, defendants Butler, Delgado, Lewis, Patton, Smith, Taylor, and Temple shall file a response to the complaint.

DATED: February 18, 2025

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE