UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN CARDENAS,<br><br>    Plaintiff,<br><br>    v.<br><br>BUTLER, et al.,<br><br>    Defendants. | No.  2:23-cv-0500 TLN AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel on this civil rights action pursuant to 42 U.S.C. § 1983.  By an order filed January 2, 2025, this court ordered plaintiff to complete and return to the court, within sixty days, the USM-285 forms necessary to effect service on defendants Gum and Torres.  ECF No. 24.  After the sixty-day period passed with no response by plaintiff, the court issued an order giving plaintiff one final opportunity to complete and return to the court the USM-285 forms necessary to effect service on defendants Gum and Torres.  ECF No. 32.

Before the deadline, plaintiff submitted 1 summons, 2 USM-285 Forms, and 3 copies of the complaint.  ECF No. 35.  However, plaintiff has not provided any *additional information* that was not already known.  For example, when the court ordered service for defendants Gum and Torres, the court noted that both were Licensed Vocational Nurses ("LVNs") at High Desert State Prison between December 15, 2021, and February 25, 2022.  ECF No. 17 at 2.  Despite this

1

information, the California Department of Corrections and Rehabilitation ("CDCR") was unable to identify these individuals for service.  See ECF No. 21.  As a result, plaintiff was instructed to "provide *additional information* to serve defendants Gum and Torres" and "promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff."  ECF No. 24 (emphasis added).  Plaintiff was advised that "[i]f access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention."  Id.  Plaintiff's completed USM-285 forms, however, merely repeat information that was found insufficient to effect service in the first place.

**Plaintiff will be given one final opportunity to complete and return to the court the USM-285 forms,** *with additional information necessary to effect service* **on defendants Gum and Torres.  Failure to do so will result in a recommendation that defendants Gum and Torres be dismissed without further warning.**

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall send plaintiff two USM-285 forms and an instruction sheet.

2. Within twenty-one days from the date of this order, plaintiff shall submit the Notice of Submission of documents with one completed USM-285 form for *each defendant*, Gum and Torres, *with additional information necessary to effect service*.

3. Failure to do so will result in a recommendation that this action be dismissed against defendants Gum and Torres without further warning.

4. Plaintiff need not attempt service on defendant and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: April 10, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN CARDENAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BUTLER et al.,<br><br>　　　　　Defendants. | No. 2:23-cv-0500 TLN AC P<br><br>NOTICE OF SUBMISSION OF DOCUMENTS |

Plaintiff submits the following documents in compliance with the court's order filed _____:

　　　\_\_\_\_0\_\_\_\_　　completed summons form

　　　\_\_\_\_2\_\_\_\_　　completed USM-285 forms

　　　\_\_\_\_0\_\_\_\_　　copies of the complaint dated February 22, 2023.

DATED:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Marvin Cardenas

1