UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN CARDENAS, | No. 2:23-cv-0500 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| BUTLER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel on this civil rights action pursuant to 42 U.S.C. § 1983. After finding that plaintiff had stated cognizable claims against several defendants, and waiver of service was not possible for two defendants, Gum and Torres, the court ordered plaintiff to complete and return to the court USM-285 forms necessary to effect service on those defendants. See ECF Nos. 11, 21, 24, 32. Plaintiff was unable to provide any additional information to effect service. See ECF No. 36. On April 10, 2025, the court gave plaintiff a final opportunity to provide, within twenty-one days of the court order, additional information using the USM-285 forms. Id. at 2. Before the deadline to respond expired, plaintiff filed a motion to voluntarily dismiss defendants Gum and Torres, which is pending before this court. ECF No. 37.

The court will construe plaintiff's motion as a notice of voluntary dismissal. Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff may voluntarily dismiss any defendant or claim without a court order by filing a notice of dismissal before the opposing party

answers the complaint or moves for summary judgment. This is true even where a party seeks to dismiss fewer than all named defendants or claims without a court order. Pedrina v. Chun, 987 F.2d 608, 609-10 (9th Cir. 1993) ("Rule 41(a)(1) allows a plaintiff to dismiss without a court order any defendant who has yet to serve an answer or motion for summary judgment," even if plaintiff only seeks to dismiss some of the defendants or claims). Here, neither defendant Gum nor Torres have answered or moved for summary judgment. Plaintiff is, therefore, permitted to dismiss these two defendants without court order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to voluntarily dismiss defendants Gum and Torres is construed as a notice of voluntary dismissal.

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of the Court shall update the docket to terminate defendants Gum and Torres.

3. The court's prior order requiring plaintiff to file completed USM-285 forms for defendants Gum and Torres (ECF No. 36) is VACATED as moot.

DATED: April 24, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE