UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN CARDENAS, | No. 2:23-cv-0500 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| BUTLER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Before the court is plaintiff's motion for the court to order service of former-defendants Gum and Torres. See ECF No. 46. For the reasons discussed below, plaintiff's motion is denied.

Plaintiff states that while he was preparing the motion to extend discovery in this case, he learned that Gum and Torres had not been served, had not filed a waiver of service, and/or refused to file an answer to the complaint and are not represented by the same counsel as defendants Butler, Smith, Patton, Taylor, Lewis, Temple, and Delgado. Id. at 2-3. Plaintiff also claims that he did "not receive[] any order from the Court requesting additional information to assist with the service of defendants Gum and Torres." Id. at 3. Plaintiff attaches a sworn declaration attesting to the same. Id. at 4-5.

The docket in this case contradicts several of plaintiff's assertions. On October 24, 2024,

the court found service of the complaint appropriate and directed e-service of the complaint on defendants Butler, Gum, Lewis, Temple, Delgado, Taylor, Torres, Patton, and Smith.  ECF No. 17.  On October 31, 2024, the court received a notice of intent to waive service for Butler, Lewis, Temple, Delgado, Taylor, Patton, and Smith, and a notice of intent not to waive service for Gum and Delgado.  ECF Nos. 20, 21.  On November 26, 2024, the court received waiver of service for Butler, Lewis, Temple, Delgado, Taylor, Patton, and Smith.  ECF No. 22.

On January 2, 2025, the court ordered plaintiff to submit service documents and USM-285 forms for defendants Gum and Torres within sixty (60) days from the date of the court's order.  ECF No. 24.  There is no indication on the docket that this order was undeliverable.

On March 11, 2025, after the deadline for plaintiff to submit service documents and USM-285 forms for Gum and Torres had passed and plaintiff had not filed them, the court again directed plaintiff to submit these documents.  ECF No. 32.  Plaintiff was given thirty (30) days from the date of the order to file the service documents.  Id.  There is no indication in the docket that this order was undeliverable.  Indeed, plaintiff's subsequent response indicates plaintiff received the court's order requesting additional information.

Before the deadline, plaintiff submitted the service documents.  However, because he did not provide "additional information that was not already known" to aid in the service of defendants Gum and Torres, the court gave him a "final opportunity to complete and return the service documents, with additional information necessary to effect service on defendants Gum and Torres."  ECF No. 36 at 2.  Plaintiff was warned that "[f]ailure to do so will result in a recommendation that defendants Gum and Torres be dismissed without further warning."  Id.

Shortly thereafter, plaintiff filed a request "to dismiss defendants Gum and Torres from the civil complaint and proceed forward with the litigation process."  ECF No. 37 at 2.  Plaintiff's request was construed as a notice of voluntary dismissal of defendants Gum and Torres, and they were dismissed pursuant to Rule 41(a)(1)(A)(i). ECF No. 38.

Because defendants Gum and Torres were voluntarily dismissed by plaintiff, the court will deny plaintiff's motion.  To the extent plaintiff would like to add Gum and Torres back into the case, he must file a motion to amend the complaint pursuant to Federal Rule of Civil Procedure

1 | 15(a)(2). Fed. R. Civ. P. 15(a)(2). Plaintiff is advised that even if he files a motion to amend the
2 | complaint and the court grants the motion to add defendants Gum and Torres back into this
3 | action, he will be required to provide *additional information necessary to effect service* on
4 | defendants Gum and Torres. If plaintiff is unable to provide additional information, the court will
5 | not order service.
6 |     Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to serve the complaint on
7 | former defendants Gum and Torres (ECF No. 46) is denied.
8 | DATED: August 20, 2025

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

3