IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARVIN CARDENAS,** | Case No. 2:23-CV-00500 TLN AC |
| Plaintiff, | ~~**[PROPOSED]**~~ **ORDER** |
| v. | |
| **S. BUTLER, et al.,** | |
| Defendants. | |

Defendants applied ex parte for a seven-day extension of time to file a dispositive motion. Good cause appearing, Defendants' Application is GRANTED.  The Defendants' dispositive motion shall be filed on or before May 15, 2026.

Dated: May 5, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

~~[Proposed]~~ Order (2:23-CV-00500 TLN AC)