UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN CARDENAS,

       Plaintiff,

BUTLER, et al.,

       Defendants.

No.  2:23-cv-0500 TLN AC P

ORDER

On May 15, 2026, defendant filed a motion for summary judgment.  ECF No. 57. Plaintiff has not opposed the motion.  Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days after the filing date of this order, plaintiff shall file and serve an opposition to the motion for summary judgment or a statement of non-opposition.  Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: June 29, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1