UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN CARDENAS,

Plaintiff,

v.

BUTLER, et al.,

Defendants.

No. 2:23-cv-0500 TLN AC P

ORDER

Plaintiff filed a motion for a forty-five day extension of time to file an opposition to defendants' motion for summary judgment. ECF No. 61. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 61) is granted; and
2. Plaintiff is granted until September 8, 2026, to file and serve an opposition to Defendants' motion for summary judgment or a statement of non-opposition.

DATED: July 21, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE